**Victor Czerwinski, and Anne Czerwinski, Appellees, v.
Frank J. Tomecek, and Elizabeth Tomecek,
Appellants.**

**Gen. No. 46,553.** 

First District, First Division.

April 18, 1955.

Rehearing denied May 18, 1955.

Released for publication May 23, 1955.

Joseph Lustfield, for appellants; William P. Churchill, and Percy
A. Rattray, for appellees. Opinion by JUSTICE FRIEND. **Not
to be published in full.**